IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAROLINA RUTH BARNARD ) | |
| ) | |
| v. ) | No. 3:12-0298 |
| ) | Judge Nixon/Bryant |
| SOCIAL SECURITY ADMINISTRATION ) | |

## O R D E R

      The undersigned has entered, contemporaneously with this order, a Report and Recommendation on the merits of this Social Security case. The District Judge's order adopting or rejecting that recommendation to affirm the administrative decision, and the entry of judgment in accord, will end the merits phase of this litigation. See 42 U.S.C. § 405(g). Accordingly, there appear to be no further proceedings to be conducted before the Magistrate Judge. This case is therefore certified ready for disposition by the District Judge, upon consideration of the Report and Recommendation and any timely objections thereto.

      So **ORDERED.**

      s/ John S. Bryant
      JOHN S. BRYANT
      UNITED STATES MAGISTRATE JUDGE