IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAROLINA RUTH BARNARD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 3:12-cv-00298 |
| ) | |
| ) | Judge Nixon |
| CAROLYN W. COLVIN, ) | Magistrate Judge Bryant |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Carolina Ruth Barnard's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 7), filed with a Brief in Support (Doc. No. 7-1). Defendant Commissioner of Social Security filed a Response to Plaintiff's Motion ("Response") (Doc. No. 8), to which Plaintiff filed a Reply (Doc. No. 11). Defendant filed a Sur-Reply (Doc. No. 14). Subsequently, Magistrate Judge Bryant issued a Report and Recommendation ("Report") recommending that Plaintiff's Motion be denied. (Doc. No. 18 at 16.) The Report was filed on December 18, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the __8th_____ day of January, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT